# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY a/s/o MICHAEL and VELLE SOSTAKOWSKI<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NuTONE LLC, and THE HOME DEPOT, INC.,<br><br>Defendants. | No. 4:22-CV-00384<br><br>(Chief Judge Brann) |

## ORDER

### JANUARY 4, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Donegal Mutual Insurance Company's motion to remand (Doc. 3) is **DENIED**.

2. A Rule 16 conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge